IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL MATULKA, individually and as Personal Representative of the Estate of Bonnie Matulka;  ESTATE OF BONNIE MATULKA, J. DOE, real name unknown, parties in possession, any and all other persons, partnerships, corporations or entities of every type, kind, and description whatsoever unknown, claiming any right, title, estate, interest, equity, or lien whatsoever in and to;<br><br>                Defendants. | **4:13CV3049; 4:13CV3051; 4:13CV3052; AND 4:13CV3053**<br><br>**ORDER** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT T. MADEJ,  BENTON STREET MINISTRIES, MICHAEL J. MATULKA, J. DOE, real name unknown, parties in possession, any and all other persons, partnerships, corporations or entities of every type, kind, and description whatsoever unknown, claiming any right, title, estate, interest, equity, or lien whatsoever in and to; and J. DOE, real name unknown, parties in possession, any and all other persons, partnerships, corporations or entities of every type, kind, and description whatsoever unknown, claiming any right, title, estate, interest, equity, or lien whatsoever in and to;<br><br>                Defendants. | **4:13CV3050 AND 4:13CV3054**<br><br>**ORDER** |

On May 1, 2013, the undersigned entered an order requiring the parties to show cause why the above captioned cases should not be consolidated for pretrial motion practice and discovery, (Filing No. 6).  Having received no response from the parties objecting to the consolidation of the cases,

IT IS ORDERED:

1) Case Nos. 4:13cv3049; 4:13cv3050; 4:13cv3051; 4:13cv3052; 4:13cv3053; and 4:13cv3054 are hereby consolidated for pretrial motion practice and discovery.

2) Case No. 4:13cv3049 shall be designated as the "Lead Case."  Case Nos. 4:13cv3050; 4:13cv3051; 4:13cv3052; 4:13cv3053; and 4:13cv3054 are hereby designated as the "Member Cases."

3) The court's CM/ECF System now has the capacity for "spreading" text among the consolidated cases.  If properly docketed, the documents filed in the Lead Case will automatically be filed in all Member Cases.  To this end, the parties are instructed to file in the Lead Case, No. 4:13cv3049, all further documents except those described in paragraph 4 and to select the option "yes" in response to the System's question whether to spread the text.

4) The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

5) If a party believes that an item in addition to those described in paragraph 4 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more individual member cases. The motion must be filed in all the consolidated cases using the spread text feature.

DATED this 13th day of May, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge